ANTHONY FERNANDEZ-JASSO #T558931
Name and Prisoner/Booking Number

LOWER BUCKEYE JAIL
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

```
| ✓ FILED         ____ LODGED |
| ____ RECEIVED   ____ COPY   |
|                             |
|       SEP 0 9 2019          |
|                             |
| CLERK U S DISTRICT COURT    |
|   DISTRICT OF ARIZONA       |
| BY_____ DEPUTY |
```

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

ANTHONY FERNANDEZ-JASSO,
(Full Name of Plaintiff)

                    Plaintiff,

v.

(1) Mark Wivving Badge #07673,
(Full Name of Defendant)

(2) City of Phoenix,

(3) South Mountain Police Dept.,

(4) Phoenix Police Dept.,

                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-19-5113-PHX-SMB-JZB
          (To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

JURY TRIAL DEMANDED

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☑ Other: _____.

2. Institution/city where violation occurred: Phoenix, Arizona.

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: Mark Wivving . The first Defendant is employed
as: Phoenix Police Officer at Maricopa County .
    (Position and Title)                          (Institution)

2.  Name of second Defendant: Mark Wivving . The second Defendant is employed as:
as: South Mountain Police officer at Maricopa County .
    (Position and Title)                          (Institution)

3.  Name of third Defendant: MarkWivving . The third Defendant is employed
as: Police officer Badge#07673 at Phoenix Police Department.
    (Position and Title)                          (Institution)

4.  Name of fourth Defendant: Mark Wivving . The fourth Defendant is employed
as: Police officer Badge #07673 at SouthMountain Police .
    (Position and Title)                          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?        ☐ Yes        ☑ No

2.  If yes, how many lawsuits have you filed?_____.  Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties:_____v. _____
        2.  Court and case number:_____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____.

    b.  Second prior lawsuit:
        1.  Parties:_____v. _____
        2.  Court and case number:_____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____.

    c.  Third prior lawsuit:
        1.  Parties:_____v. _____
        2.  Court and case number:_____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: 8th Ammendment, Article II Section 15, police brutality, equal right discrimination

2.  **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

- ☐ Basic necessities
- ☐ Disciplinary proceedings
- ☑ Excessive force by an officer
- ☐ Mail
- ☐ Property
- ☐ Threat to safety
- ☐ Access to the court
- ☐ Exercise of religion
- ☐ Other:_____
- ☐ Medical care
- ☐ Retaliation

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On June 14th 2019 when being arrested by Police officer Mark Wivving Badge number 07673, I asked for water due to being in the Sun for a long period of time. I was denied numerous times, I also asked officer Wivving if he would be kind enough to turn off his AC in vehicle, after I was handcuffed in the back seat for a long period of time. I stated I have a history of heat stroke he then continued to drive off at dangerous speeds through a residential area where he then pulled over really angry and began to call me stupid, retarded and dumb then he pulled me out of his vehicle very aggresively while not having a seat belt and being cuffed then thrown on to the Kott Street with front on back of head as he called for fire department but I needed ambulance. My body was cramping and I was in pain, fell unconcious and only remember waking up getting yelled at the police department.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
    1) Mental distressed
    2) Emotional distressed
    3) Lost property

5.  **Administrative Remedies:**

- a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☑ No
- b.  Did you submit a request for administrative relief on Count I?  ☐ Yes  ☑ No
- c.  Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☑ No
- d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**COUNT II**

1. State the constitutional or other federal civil right that was violated: 8th Ammendment Article II Section 15, police brutality, equal right discrimination.

2. **Count II.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

On June 14th 2019 after being arrested then being drove to the South Martain Police department. I was being yelled at being called "Stupid" "retarded" and a "dumbass". Office Mark Wivving badge #07673 was told numerous times my body was cramping up and that I couldn't walk and I was accused of being a liar. After being read my Miranda Right I asked if he could explain part of it I didn't understand due to my ADHD and lack of understanding due to my mental health issues. He then began to laugh and call me retarded, stupid, this should be on camera during that arrest. Than another officer steped in asked if I needed water I said yes. He spoke to office Mark Wivving, I couldn't hear about what they spoke of but Mark Wivving attempted to apologies but the damage had already been done!

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   1) Mental distressed, emotional distressed
   2) Lost property

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count III.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   ☐ Basic necessities            ☐ Mail              ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property          ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other:_____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at
      your institution?                                                                    ☐ Yes      ☐ No
   b. Did you submit a request for administrative relief on Count III?                     ☐ Yes      ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?           ☐ Yes      ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
      did not. _____
_____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

Montary Relief

$1,500,000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8/26/19
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **9/4/19** _____

I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___   Hon _____ United States District Court, District of Arizona.

___   Hon _____ United States District Court, District of Arizona.

___   Attorney General, State of Arizona, _____

___   Judge _____ Superior Court, Maricopa County, State of Arizona.

___   County Attorney, Maricopa County, State of Arizona _____

___   Public Defender, Maricopa County, State of Arizona _____

___   Attorney _____

___   Other _____

___   _____

___   _____


_____     _B0429_
*CGordes*                                              S/N
Legal Support Specialist Signature

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009

10/17/16